An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CESAR GARCIA-RODRIGUEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61645

FILED

SEP 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction entered pursuant to a guilty plea of second-degree murder with the use of a deadly weapon and discharging a firearm out of a motor vehicle. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Appellant Cesar Garcia-Rodriguez contends that his guilty plea is invalid because the district court failed to inform him of the lesser-included offenses to open murder. However, challenges to the validity of a guilty plea must be raised in the district court in the first instance, *Bryant v. State*, 102 Nev. 268, 272, 721 P.2d 364, 368 (1986), unless the error clearly appears from the record, *Smith v. State*, 110 Nev. 1009, 1010 n.1, 879 P.2d 60, 61 n.1 (1994). Garcia-Rodriguez has not demonstrated that the alleged error clearly appears from the record and we decline to review

13-27715

his challenge to the validity of the guilty plea in the first instance. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                              Saitta


cc:     Hon. Patrick Flanagan, District Judge
        Richard F. Cornell
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk